Jerry L. Steering [State Bar No. 122509]
LAW OFFICE OF JERRY L. STEERING
4063 Birch Street
Suite 100
Newport Beach, CA 92660
Telephone: (949) 474-1849
Facsimile: (949) 474-1883
info@steeringlaw.com

Attorney for plaintiff William Fitch

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FITCH, | ) Case No. |
| | ) |
| Plaintiffs, | ) NOTICE OF INTERESTED |
| | ) PARTIES |
| vs. | ) |
| | ) |
| CITY OF CLAREMONT, | ) |
| KARLAN BENNET, HECTOR | ) |
| TAMAYO, JAMES HUGHES | ) |
| and DOES 1 through 10, | ) |
| inclusive, | ) |
| | ) |
| Defendants. | ) |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule of Court 4.6 (83.4.6), the plaintiff William Fitch, by and through his counsel, Jerry L. Steering, shows the following persons and entities:

DEFENDANT CITY OF CLAREMONT:     City of Claremont
                                                             City Clerk
                                                             207 Harvard Avenue
                                                             Claremont, CA  91711

NOTICE OF INTERESTED PARTIES

1

| | | |
|---|---|---|
| 1 | DEFENDANT KARLAN BENNET: | City of Claremont |
| 2 | | City Clerk |
| 3 | | 207 Harvard Avenue |
| 4 | | Claremont, CA 91711 |
| 5 | | |
| 6 | DEFENDANT HECTOR TAMAYO: | City of Claremont |
| 7 | | City Clerk |
| 8 | | 207 Harvard Avenue |
| | | Claremont, CA 91711 |
| 9 | DEFENDANT JAMES HUGHES: | City of Claremont |
| 10 | | City Clerk |
| 11 | | 207 Harvard Avenue |
| 12 | | Claremont, CA 91711 |

The undersigned, Jerry L. Steering, counsel of record for William Fitch, certifies that the above listed parties have a direct, pecuniary interest in judgment that may be entered in the action or the cost of defense.

Date: October 9, 2014

_____
Jerry L. Steering

NOTICE OF INTERESTED PARTIES

2