**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM FITCH,<br><br>PLAINTIFF(S)<br>v.<br>CITY OF CLAREMONT, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>LA CV14-07852 JAK (SSx)<br><br>**JUDGMENT ON THE VERDICT**<br>**FOR DEFENDANT(S)** |

    This action having been tried before the Court sitting with a jury, the Honorable John A. Kronstadt, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

    IT IS ORDERED AND ADJUDGED that the Plaintiff, William Fitch, take nothing; that the action be dismissed on the merits; and that the Defendants Karlan Bennett and Hector Tamayo recover from Plaintiff their costs of action, taxed in the sum to be determined upon the filing and approval of the appropriate application.

                                       Clerk, U. S. District Court

Dated: February 26, 2016                  By: _____
                                                         Andrea Keifer, Deputy Clerk

cc:      Counsel of record